```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12316
   JAVIER VALENZUELA
   KATHRYN VALENZUELA                       CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5535    SSN XXX-XX-0553
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/14/08 .

2. The case was converted to Chapter 7 without confirmation, 08/14/2008.

3. The Debtor paid a total of $ 1952.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | .00 |
| HINSDALE BANK & TRUST | SECURED VEHIC | .00 | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| ANYTIME FITNESS OF OSWEG | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONCORD SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                        UNSECURED        NOT FILED            .00         .00
OXMOOR HOUSE                     UNSECURED        NOT FILED            .00         .00
SALLIE MAE GUARANTEE SER UNSECURED                      .00            .00         .00
SILKIES                          UNSECURED        NOT FILED            .00         .00
SPRINT NEXTEL                    UNSECURED        NOT FILED            .00         .00
SUMMER BAY RESORTS               UNSECURED        NOT FILED            .00         .00
DIVERSIFIED ADJUSTMENT S UNSECURED                NOT FILED            .00         .00
VERIZON WIRELESS                 UNSECURED        NOT FILED            .00         .00
WACHOVIA EDUCATION               UNSECURED        NOT FILED            .00         .00
IC SYSTEMS INC                   UNSECURED        NOT FILED            .00         .00
WASHINGTON MUTUAL CARD S UNSECURED                NOT FILED            .00         .00
WELLS FARGO FINANCIAL            UNSECURED              .00            .00         .00
WELLS FARGO FINANCIAL BA UNSECURED                NOT FILED            .00         .00
WELLS FARGO FINANCIAL BA UNSECURED                NOT FILED            .00         .00
WELLS FARGO FINANCIAL BA UNSECURED                NOT FILED            .00         .00
ZALES CREDIT PLAN                UNSECURED        NOT FILED            .00         .00
```

Summary of disbursements:

```
                          SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED           .00           .00          .00          .00          .00
PRINCIPAL PAID               .00           .00          .00          .00          .00
INTEREST PAID                .00           .00          .00          .00          .00
TOTAL PAID                   .00           .00          .00          .00          .00
```

The Debtor's attorney, ILLINI LEGAL SERVICES        , was allowed $   3500.00
and was paid $    2000.00   direct and $    1500.00   through the plan.

The Trustee received $      83.95 .

Refunds to the Debtor totaled $     368.05 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/22/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                          PAGE   3
    CASE NO. 08 B 12316 JAVIER VALENZUELA & KATHRYN VALENZUELA
```